CO-386-online
10/03

# United States District Court
# For the District of Columbia

William A. Somerville )
)
)
)
  vs       Plaintiff )   Civil Action No._____
)
Minnesota Life Insurance Company )
)
)
       Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Minnesota Life Insurance Company__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Minnesota Life Insurance Company__ which have any outstanding securities in the hands of the public:

No parent companies, subsidiaries, or affiliates of Minnesota Life Insurance Company have any outstanding securities in the hands of the public

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

Federal Bar No. 02112
BAR IDENTIFICATION NO.

Bryan D. Bolton
Print Name

Twelfth Floor, 36 South Charles Street
Address

Baltimore, Maryland  21201-3111
City             State           Zip Code

(410) 659-7000
Phone Number