UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM A. SOMERVILLE<br>244 15th Street, SE, Apt. 4<br>Washington, DC  20003<br><br>    Plaintiff,<br><br>v.<br><br>MINNESOTA LIFE INSURANCE COMPANY<br>400 Robert Street North<br>St. Paul, MN  55101<br><br>    Defendant. | *<br>*<br>*<br>*<br>*   Civil Action No. 1:08-CV-162<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \*

TO:    Thomas H. Queen, Esquire
         530 Eighth Street, SE
         Washington, DC  20003

         Attorney for Plaintiffs

       Please take notice that, on January 28, 2008, Minnesota Life Insurance Company filed a notice of removal, a copy of which is attached, in the United States District Court for the District of Columbia.

       You also are advised that Minnesota Life Insurance Company, on filing such notice of removal in the office of the Clerk of the United States District Court for the District of Columbia, filed copies thereof with the Clerk of the Superior Court of the District of Columbia to effect removal pursuant to 28 U.S.C. § 1441.

Respectfully submitted,

/s/

Bryan D. Bolton
Federal Bar No. 02112
Michael P. Cunningham
Federal Bar No. 26010

Funk & Bolton, P.A.
Twelfth Floor
36 South Charles Street
Baltimore, Maryland 21201-3111
(410) 659-7700 (telephone)
(410) 659-7773 (facsimile)

Attorneys for Minnesota Life Insurance Company

Dated:      January 28, 2008

20101.001: 111839

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 28th day of January, 2008, a copy of Minnesota Life Insurance Company's Notice to Counsel of Filing Notice of Removal was mailed, first class, postage prepaid, to:

>Thomas H. Queen, Esquire
>530 Eighth Street, SE
>Washington, DC  20003
>
>Attorney for Plaintiffs

_____
Bryan D. Bolton

20101.001: 111839