UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM A. SOMERVILLE, | * |
| Plaintiff, | * |
| v. | *   Case No. 1:08-CV-162 RMC |
| MINNESOTA LIFE INSURANCE COMPANY, | * |
| Defendant. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

ENTRY OF APPEARANCE

Please enter the appearance of Hisham M. Amin in addition to that of Bryan D. Bolton and Michael P. Cunningham of Funk & Bolton, P.A., on behalf of defendant Minnesota Life Insurance Company in the above-referenced action.

/s/ Hisham M. Amin
Bryan D. Bolton
Federal Bar No. MD02112
Michael P. Cunningham
D. C. Bar No. 471832
Hisham M. Amin
Federal Bar No. MD15770

Funk & Bolton, P.A.
Twelfth Floor
36 South Charles Street
Baltimore, Maryland 21201-3111
410.659.7700 (telephone)
410.659.7773 (facsimile)

Attorneys for Minnesota
Life Insurance Company

Dated:     March 11, 2008
20101.001:113279