UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILLIAM A. SOMERVILLE,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**MINNESOTA LIFE INSURANCE** )<br>**COMPANY,** )<br>)<br>**Defendant.** )<br>) | Civil Action No. 08-162 (RMC) |

**SCHEDULING ORDER**

Upon consideration of the joint report of the parties submitted pursuant to LCvR 16.3(d), and after a scheduling conference held in open Court on March 28, 2008, it is hereby **ORDERED** that:

1. Defendant shall gather necessary documents from the medical examiner no later than May 23, 2008.

2. Defendant shall render a decision regarding the nature of Plaintiff's death (i.e., whether it was accidental or not) no later than June 23, 2008.

3. Plaintiff shall inform Defendant whether he will administratively appeal the decision no later than August 22, 2008.

4. If Plaintiff appeals the decision, Defendant shall render a decision on the appeal no later than September 22, 2008.

5. Basic information shall be exchanged by the parties without formal discovery requests.

6. Discovery material shall not be filed with the Court unless so ordered. *See* LCvR 5.2(a).

7. Counsel are expected to conduct themselves in a civil, polite, and professional manner at all times, particularly during discovery. Counsel are referred to LCvR 26.2 and expected to

conform fully with its directives.  Moreover, counsel are required, under both Fed. R. Civ. P. 26(f) and LCvR 7.1(m), to confer in good faith in an effort to resolve any discovery dispute before bringing it to the Court's attention.  In the event that counsel are unable to resolve a dispute, counsel shall contact chambers to arrange for a telephone conference with the Court.  Counsel shall not file discovery motions without a prior telephone conference with the Court and opposing counsel.

8. A further status conference is scheduled for 11:00 a.m. on July 18, 2008.

9. Counsel are expected to evaluate their respective cases for settlement purposes.  Submission to alternative dispute resolution, *e.g.*, mediation or neutral evaluation, is encouraged and available by request of the Court at any time, as is a settlement conference before a Magistrate Judge.  If the case settles, in whole or in part, Plaintiff's counsel shall advise this Court by promptly filing a stipulation.

10. This schedule shall not be modified, even where all parties consent, except upon a showing of good cause and by leave of the Court.  *See* Fed. R. Civ. P. 16(b); LCvR 16.4(b).

**SO ORDERED.**

Date: March 28, 2008                                 /s/
ROSEMARY M. COLLYER
United States District Judge