UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM A. SOMERVILLE, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 08-cv-00162 (RMC) |
| MINNESOTA LIFE INSURANCE COMPANY, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Hisham M. Amin of the law firm of Funk & Bolton, P.A., on behalf of defendant, Minnesota Life Insurance Company. Bryan D. Bolton and Michael P. Cunningham, also of the law firm of Funk & Bolton, P.A., will remain counsel of record for Minnesota Life Insurance Company.

        Respectfully submitted,

        _____/s/_____
Bryan D. Bolton
Federal Bar No. 02112
bbolton@fblaw.com
Michael P. Cunningham
D.C. Bar No. 471832
mcunningham@fblaw.com
Hisham M. Amin
Federal Bar No. 15570
hamin@fblaw.com

Funk & Bolton, P.A.
Twelfth Floor
36 South Charles Street
Baltimore, Maryland  21201-3111
410.659.7700 (telephone)
410.659.7773 (facsimile)

Attorneys for Minnesota
Life Insurance Company

Dated:  June 27, 2008

20101.001:  115880